UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Ellis</u>,
   Petitioner

     v.       Case No. 09-cv-276-SM

<u>New Hampshire Department</u>
<u>of Corrections, Commissioner</u>,
   Respondent


<u>O R D E R</u>


  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 14, 2009, no objection having been filed, for the reasons set forth therein.   Petitioner's claims based solely on the State Constitution, or Sate evidentiary rules, are hereby dismissed.    Petitioner's remaining Claims I through IV may not proceed until the petitioner has demonstrated that the exhaustion requirement has been satisfied for each claim.

  This case has been stayed since September 22, 2009, while the petitioner returns to state court to exhaust his federal claims.   This case shall be administratively closed while the stay is in effect.   Petitioner is reminded to file a status report  every January 1 and July 1 to notify this court of his progress in the

state court.  The Court should, of course, immediately be notified upon ultimate resolution of the issues.

SO ORDERED.

October   30,   2009

Steven J. McAuliffe
Chief Judge

cc:    Charles Ellis, pro se