```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Charles Ellis</u>

    v.                         Case No. 09-cv-276-SM

<u>N.H. Department of Corrections,</u>
<u>Commissioner</u>

<u>ORDER</u>

Petitioner has not filed a 90-day status report as ordered. Accordingly, within 30 days, Petitioner must either file a status report or show cause why the stay should not be terminated and the petition dismissed for failure to demonstrate exhaustion of all claims.

                                             <u>/s/   Landya B. McCafferty</u>
                                             Landya B. McCafferty
                                             United States Magistrate Judge

Date:  October 7, 2010

cc:  Charles Ellis, pro se