UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Ellis</u>

        v.                          Case No. 09-cv-276-SM

<u>NH Department of Corrections,</u>
<u>Commissioner</u>

O R D E R

    Petitioner has not filed a 90-day status report as ordered.  Accordingly, within 30 days, Petitioner must either file a status report or show cause why the stay should not be terminated and the petition dismissed for failure to demonstrate exhaustion of all claims.

    SO ORDERED.

January 19, 2011

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Charles Ellis, pro se